Elon Berk, Esq. [SBN 209642]
Dmitry Y. Gurovich, Esq [SBN 181427]
**GUROVICH & ASSOCIATES**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
Natalia Stadnik

**FILED**

MAY 24 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiffs,

v.

ALEXANDER DZHUGA, et. al.,

   Defendants.

CR NO.: 05-00589-JF

**STIPULATION RE MODIFICATION OF BOND CONDITIONS FOR NATALIA STADNIK**

IT IS HEREBY STIPULATED AND AGREED by Defendant NATALIA STADNIK, by and through his counsel of record, Elon Berk, and Plaintiff, United States of America, by and through its counsel of record, the United States Attorney, Richard Cheng, that the current conditions of Defendant's release be modified as follows:

Defendant will be allowed to travel to the State of Oregon to visit with family during the following period of time: May 25, 2007 through May 29, 2007.

\\
\\

STIPULATION RE MODIFICATION OF BOND CONDITIONS FOR NATALIA STADNIK

Received

1  Dated: May 23, 2007

GUROVICH & ASSOCIATES

2  By: /s/
Elon Berk, Esq.
3  Attorney for Defendant,
NATALIA STADNIK

6  Dated: May 24, 2007

Kevin V. Ryan
United States Attorney
7  Mark L. Krotoski
Chief, Criminal Division

9  By: /s/
Richard Cheng
Assistant United States Attorney
10 Attorneys for Plaintiff,
United States of America

13 GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. Henceforth any travel
14 request untimely submitted will be denied. RS

15 Dated: May 24, 2007

17 HONORABLE ~~Jeremy Fogel~~ RICHARD SEEBORG
18 UNITED STATES ~~DISTRICT JUDGE~~
   MAGISTRATE JUDGE

---

STIPULATION RE MODIFICATION OF BOND CONDITIONS FOR NATALIA STADNIK
Page 2 of 2