Elon Berk, Esq. [SBN 209642]
Dmitry Y. Gurovich, Esq [SBN 181427]
**GUROVICH, BERK & ASSOCIATES, APC.**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
Natalia Stadnik

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO.: ~~06-0475R~~ 05 CR 589 |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SUPERVISED RELEASE FOR NATALIA STADNIK |
| v. | |
| ALEXANDER DZHUGA, LEONID DZHUGA, VLADIMIR A. SEMENO, NATALIA IGOREVNA STADNIK, and ARMOND TENNYSON TOLLETTE II, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant Natalia Stadnik, by and through her counsel of record, Elon Berk, and Plaintiff, United States of America, by and through its counsel of record, the United States Attorney, Richard Cheng, that the current conditions of Defendant's Supervised Release be modified as follows:

Defendant will be permitted to visit her husband, Leonid Dzhuga [register no.: 32250-112], at the United States Penitentiary at

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SUPERVISED RELEASE FOR NATALIA STADNIK

1  Atwater, California, while under supervised release in the present
2  case.
3
4
5  Dated: August 22, 2008                GUROVICH, BERK & ASSOCIATES, APC
6                                        By: _____
7                                            Ron Berk, Esq.
                                             Attorney for Defendant,
8                                            Natalia Stadnik
9
10 Dated: August 21, 2008                Joseph P. Russoniello
                                         United States Attorney
11                                       Brian J. Stretch
                                         Chief, Criminal Division
12
                                         By: _____
13                                           Richard Cheng
                                             Assistant United States Attorney
14                                           Attorneys for Plaintiff,
                                             United States of America
15
16 GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.
17         9/30
18 Dated: August __, 2008
19                                       _____
                                         HONORABLE Jeremy Fogel
20                                       UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SUPERVISED RELEASE FOR
NATALIA STADNIK
Page 2 of 2